**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

LISA SCHALTENBRAND,

    **Plaintiff,**

  vs.                                                             Cause No.  03-CV-283 DRH

SMITHTON CONSOLIDATED
SCHOOL NO. 130 and SMITHTON
CONSOLIDATED DISTRICT NO. 130
SCHOOL BOARD,

    **Defendants**.

**JUDGMENT IN A CIVIL CASE**

    The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear their own costs.------------------------------------------------------------------------

                                                                          **NORBERT G. JAWORSKI, CLERK**

August 29, 2005                                      By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/     David R Herndon          EOD:   08/29/2005
              **U.S. DISTRICT JUDGE**